No. 569. IANNELLA ET AL. *v.* JOHNSON, RECORDER OF THE TOWNSHIP OF PISCATAWAY, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for

want of a substantial federal question.  *John T. Keefe* for appellants.  *Maurice M. Bernstein* for appellees.